STEPHEN J. SIMONI
StephenSimoniLAW@gmail.com
**SIMONI CONSUMERS**
    **CLASS ACTION LAW OFFICES**
c/o Jardim, Meisner & Susser, P.C.
30B Vreeland Road, Ste. 100
Florham Park, NJ 07932
Telephone: (917) 621-5795

*Counsel for Plaintiff*
    *and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STEPHEN SIMONI (**"Consumer"**), Individually and on behalf of all others similarly situated, | : : : : : | **ELECTRONICALLY FILED** |
| Plaintiff, | : : | |
| vs. | : : | Case No. 3:20-cv-14398-FLW-ZNQ |
| COUCH/BRAUNSDORF INSURANCE GROUP, INC. and DOES 1 through 100, inclusive, | : : : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : : | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Consumer hereby dismisses this action with prejudice.

Dated: Dec. 18, 2020     Respectfully submitted,


                        By: _/s/Stephen J. Simoni____
                           STEPHEN J. SIMONI

It is further ordered that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

*/s/ Freda L. Wolfson*
_____
Freda L. Wolfson, U.S.C.D.J.   12/21/20

1